[No. 11835-5-III.   Division Three.   November 18, 1993.]

LISA ANN DIAZ, *Petitioner*, v. EVERGREEN SCHOOL DISTRICT NO. 205, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00111-1, Larry M. Kristianson, J., entered August 8, 1991. *Reversed* and *dismissed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13002-9-III.   Division Three.   November 18, 1993.]

*In the Matter of the Personal Restraint of*
FRANKLIN DALE CUNNINGHAM,
*Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 15739-0-II.   Division Two.   November 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA GAIL DeNUNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-02239-1, Thomas A. Swayze, Jr., J., entered January 3, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 15973-2-II.   Division Two.   November 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HWA JA HONG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00674-0, James D. Roper, J., entered April 2, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Houghton, JJ.